UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRUCE LLOYD,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

CV417-073
CR415-184

## ORDER

Bruce Lloyd moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR414-415, docs. 39 & 40. The Court **DIRECTS** the Government to respond within thirty days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this __14th__ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA